OCTOBER 28, 1844.

*Thomas Walker Morley et al.* v. *Thomas Firth Green et al.* M. T. REYNOLDS, for appellant; CHA's EDWARDS, for respondent. The chancellor decided in this case that upon a motion against a person who is not a party to the suit, the pleadings and other proceedings in the suit cannot be read against him, unless he has been served with copies thereof.

*What papers may be read on motions against persons who are not parties.*

That the court has no jurisdiction to compel a witness who is not a party to the suit, on his examination before a master, to deliver over to such master books and papers in his possession on which he claims to have a lien, with a view to their delivery to the receiver; until his lien is paid.

*Power of court to compel a witness to deliver over papers on which he has a lien.*

That if a party, in such a case, wishes to use such books and papers as evidence before the master he should require the witness to produce them for that purpose, by a subpœna *duces tecum.* And that if the party wishes to obtain possession of such books and papers, on the ground that they are improperly withheld, he should make the witness a party to the suit, either by amendment or otherwise; so as to enable the court to extend the receivership to him, so far as relates to the books, &c. in his possession.

Order appealed from reversed; and application denied with costs.